IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOLITA S. JOHNSON, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 2:09cv393-TMH |
| CYNTHIA S. WHEELER-WHITE | ) |
| Respondent. | ) |

**ORDER**

On May 23, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be and is hereby DENIED, and this case be and is hereby DISMISSED as the claims therein entitle her to no relief.

Done this the 15th day of June 2011.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE